UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| Wendy Iacobucci, | ) C/A No. 2:18-cv-00152-DCN-BM |
|---|---|
| Plaintiff, | ) |
| | ) **DEFENDANTS' RULE 26(a)(2) DISCLOSURE** |
| Versus | ) **OF EXPERT WITNESSES** |
| | ) |
| Town of Bonneau, Bonneau Police Department, Franco Fuda, and Robert E. Wrenn, | ) |
| *Defendants*. | ) |

TO: SAMUEL R. CLAWSON, JR., CHRISTY R. FARGNOLI AND KYLE J. WHIE, ATTORNEYS FOR THE PLAINTIFF:

Pursuant to Rule 26 (a)(2) of the Federal Rules of Civil Procedure, the Defendants Town of Bonneau, Bonneau Police Department, Franco Fuda and Rembert E. Wrenn in his official capacity, by and through their undersigned attorneys, propound the following disclosures to the Plaintiff:

(A) In addition to the disclosures required by Rule 26(a)(1), a party must disclose to the other parties the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702. 703, or 705.

**ANSWER**: **The Defendants reserve the right to call as an expert witness any experts identified by Plaintiff and any witnesses identified throughout the course of discovery including any law enforcement personnel, such as Chief Franco Fuda and/or Officer Bridgette Arroyo, as well as any SLED Toxicology Department personnel, such as forensic toxicologist Tracy McKinnon. Further responding, the Defendants identify the following expert witness:**

a. **Brian Batterton**
**4640 Dallas Highway**
**Powder Springs, Georgia 30127**
**(678) 230-3248**

**The Defendants reserve the right to retain additional expert witnesses or supplement this response as the need may arise during the course of discovery.**

(B)  Unless otherwise stipulated or ordered by the court, this disclosure must be accompanied by a written report—prepared and signed by the witness—if the witness is one retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony.  The report must contain:

- (i)   a complete statement of all opinions the witness will express and the basis and reasons for them:
- (ii)  the facts or data considered by the witness in forming them:
- (iii) any exhibits that will be used to summarize or support them:
- (iv)  the witness's qualifications, including a list of all publications authored in the previous 10 years;
- (v)   a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition: and
- (vi)  a statement of the compensation to be paid for the study and testimony in the case.

**<u>ANSWER</u>:  The Defendants certify that, by and through undersigned counsel, they will serve Plaintiff with a written report signed by the above-named expert and disclose the information required by Federal Rules of Civil Procedure 26(a)(2)(B).  The Defendants specifically reserve the right to supplement their Answers to these Interrogatories as the need may arise during the course of discovery.**

HOOD LAW FIRM, LLC
172 Meeting Street
Post Office Box 1508
Charleston, SC 29402
Phone: (843) 577-4435
Facsimile: (843) 722-1630
Email: Info@hoodlaw.com

**s/ James W. Clement**

Elloree A. Ganes (9022)
James W. Clement (12720)

*Attorneys for the Defendants*
*Town of Bonneau, Bonneau Police Department,*
*Franco Fuda and Rembert E. Wrenn*

**July 2, 2018**
Charleston, South Carolina