**Legal and Liability Risk Management Institute**

**CONSULTATION HOURLY FEE SCHEDULE AND EXPENSE POLICY**

Iacobucci v. Bonneau, et al. • Jim Clements, Attorney • Brian Batterton, Expert

**Preliminary discussions of cases:** We welcome telephonic discussions of potential cases. There is no charge for this service.

**Cases accepted for consultation:** There is hourly rate development fee when cases are accepted for consultation, development, and preparation.

**FEE SCHEDULE:** $ 250.00 per hour
An hourly rate requires a $3,000.00 non-refundable retainer fee towards the $250.00 per hour agreement.

The case development fee covers **all** work done in Marietta, GA. This includes document review and evaluation, discovery and investigation of additional materials, research, written reports and affidavits, telephone, and copying. It also includes all follow-up discussions and reviews of additional materials. If you desire to come to Georgia for case conferences, there is no extra charge for this service or time and we will be glad to assist in making local arrangements. The case development fee also covers **brief** meetings with you and your associates when we are in your locale on other matters and our schedule permits. Written reports are prepared only when specifically requested by you or your firm.

Our experience in police civil litigation cases offer strategies, tactics, and demonstrative trial aids makes us a valuable resource in preparation, discovery, and case development. Our experience in conducting training on liability issues and police agency audits provides you with a source of current and pragmatic knowledge of police practices.

**Expanded cases:** are those, which require much more time and generally involve agency pattern and practice, negligent retention, wrongful termination and other personnel related matters. Such cases require extensive documentation review. - personnel records, administrative hearing transcripts, and/or administrative investigation files and adjudications. We can usually determine whether yours is an expanded case during our initial discussion or soon after the initial review of materials.

**Multiple associate cases:** are infrequent. These are those types of cases which require more than one associate's direct involvement oriented towards different issues. An example might be a shooting case with the additional issue of racial discrimination. Or it might be an allegation of sexual harassment with an additional issue of training unit management and discipline. Such cases would normally require each involved associate to independently review documents, rather than collaborate on them.

**Expedited cases:** are those cases in which a report or evaluation is required within two (2) weeks of the date Legal and Liability Risk Management Institute are retained in the matter.

**Depositions, testimony, on-site inspections, and conferences:** We will normally try to arrange our travel schedule to ensure meeting with you and your associates prior to deposition or testimony. Depositions are very taxing on both the deponent and the person(s) conducting the deposition. Therefore, it is our policy to limit a deposition day to a maximum of eight (8) hours including breaks.

**Depositions in** Marietta, GA area: **$2500.00 per day or part thereof:** *Deposition Fees must be paid prior to all depositions.*

**Work away from** Marietta, GA area: **$2500.00 per day or part thereof plus a** *$ 1000.00 fee for travel:*

Initials: JWC

**Expenses at actual cost:** Airline travel will be at coach fare. When travel coincides with other business, costs are billed proportionally.

Ground expenses, hotel, meals and incidentals are billed at actual cost. We reserve the right to require prepayment of these expenses.

**Payment requirements:** The case development fee will be invoiced monthly as we review your material. Other fees and expense reimbursement are due when we arrive at your location unless other written arrangements are agreed upon. All bills are payable, in any other case, within 30 days of the work performed. We reserve the right to charge a fee of one percent (1%) per month on the outstanding balance. The tax identification number to be used for Legal and Liability Risk Management Institute/Law Enforcement Risk Management Group, Inc., Federal ID 81-0692135.

**Professional relationship:** You are entering into a professional relationship with Legal and Liability Risk Management Institute for litigation consultant assistance with your case. **You and your firm, not your client or opposing litigants, are our client.** You and your firm are solely responsible for payment of our professional services. Any fee and/or expense incurred for deposition by the opposing side reverts to your firm if that entity fails to fulfill this obligation or if a court order reduces the fee or expense charge. Your firm is responsible for the increment should the court reduce the fee or expense charged. Please do not ask us to wait for reimbursement from your client. We also do not accept payment directly from your client unless prior arrangements have been agreed upon.

**Agreement:** This document constitutes a contract for our professional services in return for your agreement to reimburse us according to the terms and conditions of this document. The contract is governed by the terms and conditions set forth herein. This contract is intended to be enforceable under the laws of the State of Indiana or in the State in which the services are rendered, at the discretion of Legal and Liability Risk Management Institute.

AGREED TO:

6/26/18
Date

Signature _James W Clemmons_ / Hood Law Firm

ACCEPTED:

6/25/18
Date

Legal and Liability Risk Management Institute

**Please send all material for review and case development to the Plainfield, IN address or electronically to: tbaldwin@llrmi.com**

**Legal and Liability Risk Management Institute**
700 N. Carr Rd, #595.• Plainfield, IN 46168 • Tel 317-386-8325 • Fax 317-386-8228
www.llrmi.com • www.llrmi.com
Federal ID 81-0692135